IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARRINGTON KEYS,

    Plaintiff,

JACQUELINE CARROLL, et al.,

    Defendants.

CIVIL ACTION NO. 3:10-CV-1570

(JUDGE CAPUTO)

## ORDER

**NOW**, this 15th day of February, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant District Attorney Jacqueline M. Carroll's Motion for a Protective Order (Doc. 107) is **DENIED**.

(2) Discovery will be **STAYED** as to Defendant Carroll until resolution of her Motion to Dismiss (Doc. 133).

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge