# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRINGTON KEYS,   Plaintiff, | CIVIL ACTION NO. 3:10-CV-1570   (JUDGE CAPUTO) |
| JACQUELINE CARROLL, et al.,   Defendants. | |

## ORDER

**NOW**, this 17th day of February, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendant District Attorney's Brief in Opposition to Motion for Reconsideration (Doc. 143) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge