**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CARRINGTON KEYS,

      Plaintiff,

JACQUELINE CARROLL, et al.,

      Defendants.

CIVIL ACTION NO. 3:10-CV-1570

(JUDGE CAPUTO)

## ORDER

  **NOW**, this 22nd day of February, 2012, **IT IS HEREBY ORDERED** that

Defendants' Motion for Reconsideration (Doc. 123) is **DENIED**.


        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge