IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARRINGTON KEYS,

    Plaintiff,

JACQUELINE CARROLL, et al.,

    Defendants.

CIVIL ACTION NO. 3:10-CV-1570

(JUDGE CAPUTO)

## ORDER

**NOW**, this 22nd day of February, 2012, **IT IS HEREBY ORDERED** that:

1. Parties are Directed to submit a Case Management Order within fourteen (14) days of this Order.

2. Parties' Motions for Extension of Discovery Deadlines (Doc. 95 and 96) are deemed **MOOT**.

3. Plaintiff's Motion to Suppress the Use of Depositions by Defendants (Doc. 129) is deemed **WITHDRAWN**.

4. Plaintiff's Motion to Stay Depositions and Compel Legal Materials (Doc. 47) is deemed **MOOT**.

5. Plaintiff's Motion to Compel Defendants Walsh, Mooney, Klopotoski and Zakarauskas to Answer Plaintiff's Request for Admissions and Interrogatories (Doc. 71) is **GRANTED**.

6. Plaintiff's Motions to Compel Discovery (Docs. 41, 59, 100 and 127) are **GRANTED IN PART**. The Corrections Defendants are directed to produce materials in a manner consistent with Part I of the accompanying Memorandum. Insofar as these motions seek monetary sanctions, they are **DENIED**.

7. Plaintiff's Motion for Sanctions against Defendant Fedor for Failure to Disclose (Doc. 138) is **GRANTED IN PART**. Defendant Fedor is directed to respond to the two interrogatories in a manner consistent with Part II of the accompanying Memorandum. Insofar as this Motion seeks monetary sanctions, it is **DENIED**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge