# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRINGTON ALAN KEYS, | |
| Plaintiff, | CIVIL ACTION NO. 3:10-CV-1570 |
| v. | (JUDGE CAPUTO) |
| DISTRICT ATTORNEY JACQUELINE M. CARROLL, et al., | |
| Defendant. | |

## ORDER

**NOW** this 10th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Alter or Amend the February 22, 2012 Order is **GRANTED IN PART** as follows:

(1) Plaintiff's request for all grievances filed against the Correctional Defendants, the action taken, responses, etc. from the years 2008 through 2010 is **GRANTED** to the extent those grievances allege retaliation by the Corrections Defendants against inmates who utilized the grievance system or exercised the right to petition the government for redress of grievances.

(2) Plaintiff's request for all grievances filed in the restricted housing unit at SCI-Dallas from years 2009 to the present is **DENIED**.

(3) Plaintiff's request for any and all abuse reports, letters, and complaints filed against the correctional defendants from years 2007 to 2010 is **GRANTED** to the extent those grievances allege retaliation by the Corrections Defendants against inmates who utilized the grievance system or exercised the right to petition the government for redress of grievances.

.

                                                         /s/ A. Richard Caputo
                                                         A. Richard Caputo
                                                         United States District Judge