**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARRINGTON KEYS,<br><br>    Plaintiff,<br><br>JACQUELINE CARROLL, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:10-CV-1570<br><br>(JUDGE CAPUTO) |

### ORDER

**NOW**, this 28th day of June, 2012, **IT IS HEREBY ORDERED** that the Corrections Defendants' Motion for Relief from Discovery Order (Doc. 175) is **DENIED**. The Corrections Defendants are directed to make reasonable efforts in uncovering the discoverable materials and to document any such efforts.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge