**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CARRINGTON KEYS,

      Plaintiff,

JACQUELINE CARROLL, et al.,

      Defendants.

CIVIL ACTION NO. 3:10-CV-1570

(JUDGE CAPUTO)

## ORDER

**NOW**, this 28th day of June, 2012, **IT IS HEREBY ORDERED** that the Corrections Defendants' Motion for Relief from Discovery Order (Doc. 175) is **DENIED**.  The Corrections Defendants are directed to make reasonable efforts in uncovering the discoverable materials and to document any such efforts.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge