# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRINGTON KEYS, | CIVIL ACTION NO. 3:10-CV-1570 |
| Plaintiff, | (JUDGE CAPUTO) |
| JACQUELINE CARROLL, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 6th day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff Carrington Keys's Motion to Supplement (Doc. 113) is **DENIED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge