# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRINGTON KEYS,  Plaintiff, | CIVIL ACTION NO. 3:10-CV-1570  (JUDGE CAPUTO) |
| JACQUELINE CARROLL, et al.,  Defendants. | |

## ORDER

**NOW**, this 6th day of July, 2012, **IT IS HEREBY ORDERED** that Plaintiff Carrington Keys's Motion to Supplement (Doc. 113) is **DENIED**.

                                       /s/ A. Richard Caputo
                                       A. Richard Caputo
                                       United States District Judge