**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARRINGTON KEYS, | CIVIL ACTION NO. 3:10-cv-1570 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| JACQUELINE CARROLL, et al., | |
| Defendants. | |

**ORDER**

**NOW**, this 13th day of July, 2012, **IT IS HEREBY ORDERED** that Defendant District Attorney Jacqueline M. Carroll's Motion to Dismiss the Amended Complaint (Doc. 133) is **GRANTED**. Defendant District Attorney Jacqueline M. Carroll is **DISMISSED FROM THIS ACTION**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge