# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARRINGTON ALAN KEYS,

    Plaintiff,

    v.

DISTRICT ATTORNEY JACQUELINE M. CARROLL, et al.,

    Defendants.

CIVIL ACTION NO. 3:10-cv-1570

(JUDGE CAPUTO)

## ORDER

**NOW**, this 26th day of September, 2012, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment (Doc. 194) is **DENIED**;

2. Plaintiff's Motion to Stay Consideration of Defendants' Motion for Summary Judgment (Doc. 192) is **DENIED**.

3. Defendants' Motion for Summary Judgment (Doc. 188) is **GRANTED** as to Defendants Beard, Klopotoski, Walsh, Mooney, Zakarauskas, Elmore, Angelovic, and Fedor.

4. Defendants' Motion for Summary Judgment (Doc. 188) is **DENIED** as to Defendants Pudlosky and McCoy.

 

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge