**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CARRINGTON ALAN KEYS,

     Plaintiff,

        v.

DISTRICT ATTORNEY JACQUELINE M.
CARROLL, et al.,

     Defendants.

CIVIL ACTION NO. 3:10-CV-1570

(JUDGE CAPUTO)

## ORDER

**NOW**, this 13th day of December, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Alter or Amend the Court's September 26, 2012 Order (Doc. 216) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge